No. 97–1326.  O'STEEN v. CSX TRANSPORTATION, INC.  C. A. 11th Cir.  Certiorari denied. ▮▮▮▮▮▮▮

No. 97–1330.  KING v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–1334.  PICKREL ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–1335.  SCOTT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–1339.  BUCHBINDER v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 97–1352.  CHAUDHURI v. TENNESSEE ET AL.  C. A. 6th Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–1373.  LLOYD v. LEVINE, ASSISTANT UNITED STATES ATTORNEY, ET AL.  C. A. 3d Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–1383.  ROE v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA.  C. A. 11th Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–5089.  BARNES v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied. ▮▮▮▮▮▮

No. 97–5269.  SANIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–5388.  MARINELLI v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied. ▮▮▮▮▮▮

No. 97–5829.  GREEN ET AL. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–6126.  HELM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–6207.  BELLAMY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ▮▮▮▮▮▮

No. 97–6568.  SEGIEN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied. ▮▮▮▮▮▮